IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANNY L. JAYJOHN, III,

         CASE NO. 2:20-CV-02977
 Petitioner,     CHIEF JUDGE ALGENON L. MARBLEY
         Magistrate Judge Chelsey M. Vascura

 v.

WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION,

 Respondent.

## ORDER

 On June 23, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed.  (ECF No. 3.)  Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

 The Report and Recommendation (ECF No. 3) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

 Petitioner has waived his right to appeal by failing to file objections.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Therefore, the Court **DECLINES** to issue a certificate of appealability.

 **IT IS SO ORDERED.**

              _____
              ALGENON L. MARBLEY
              CHIEF UNITED STATES DISTRICT JUDGE

 **DATED:  July 21, 2020**